RECEIVED

JUN 11 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California (6)
San Francisco District

FILED

Civil Right ...

(41. U96...

Demand Jury...

Complaint For Declaratory Relief, Monetary
Damages for Extortion, Slavery, Federal
Corruption, kidnapping, Deprivation Un der
Color of Law, Defendants violated rights
Secured by U.S. Constitution & laws of
UNITED STATES. Alleged violation committed
by person acting under color of law.
Plaintiff's fair notice to defendant of
what claim is & grounds upon which it
rest. Factual allegations to relief above
speculative level to raise rights. Facts
Alleged allowing court to draw reasonable
inference that defendants liable
For misconduct alleged. Sufficient
allegations of underlying facts to
give fair notice & to enable defendant
to defend itself effectively. Factual
allegations suggest entitlement to
relief, fair to require defendants to
be subjected to expense of discovery
& continued litigation. Complaint clearly
states who is being sued, for what
relief & on what theory with enough
detail to guide discovery. Sufficient
underlying facts to give defendants to
FAIR NOTICE OF CLAIMS FOR SPECIFIC
FEDERAL RIGHTS VIOLATED, WHEN FEDERAL
RIGHTS VIOLATED, HOW EACH DEFENDANTS
RESPONSIBLE FOR VIOLATIONS. FACTS
SUFFICIENTLY STATING & INDICATING
HOW EACH NAMED DEFENDANTS ACTED
TO VIOLATE CONSTITUTIONAL RIGHTS.
DEFENDANT'S LIABILITY PROXIMATELY
CAUSED BY DEPRIVATION OF FEDERALLY
PROTECTED RIGHTS FROM 4/8/11, 11/8/11
PAST STATUTE OF LIMITATIONS.

1.
2.
3.
4.
5.
6. Malinka Tacuma Whale Mofe, V.S. Gayle Fung
7. Richard Corrica Lyons, Leanne Loireles, Deborah Hughes
8. Linda Brewer Stockdale, Vince Edward Wills.
9. Lydia Dianne Gala, Deputy Law, Deputy Leonardini.
10. Ross Mirikatani, Deputy Lew, Phillip Moscone
11. David Wilcox, Steve Witworth, Floyd Andrews.
12. Robert Holmes, Geraldo Sandoval, Brouchan.
13. Garrett Wong, Lillian K. Sing, Sharon ...
14. Nancy Tung, Brian Cornsgardiner, James Collins.
15. Amy Watt, Ronald Levy, Deputy Lewis.
16. Jonathan French, Deputy McVeigh, Deputy Savage
17. Deputy New, Captain Adams, Deputy McCain etal
18.
19.
20.
21. Plaintiff Malinka Tacuma Whale Mofe alleges as follows:
22.
23.
24.
25.
26.

RS

CV 14 80 177 MISC

CV 14 2791
(PR)                    EMC

⑪

1. UNITED STATES DISTRICT COURT
2. Northern District of California
3. San Francisco Division
4.
5. ## I. Introduction
6. This is a civil rights complaint for declaratory relief & monetary damages
7. brought over use of unreasonable, unnecessary & excessive force, extortion,
8. kidnapping, slavery. Fabrication of false criminal charges of 2 counts of Fraud.
9. 2 counts of Stalking. 8 counts of contempt of court; double jeopardy by false
10. grand jury indictment proceedings. Illegal transport to Napa State Hospital.
11. Forcing plaintiff to be sent to trauma unit for lack of nutrition to
12. illegally attain 40-42 Person St & 1961. 1963. 1965 Hayes St. to cover up
13. $975,000 $250,000 & $1.2 million realty & bank fraud. Keeping plaintiff
14. illegally for 38 months in S.F. County Jail. Organize arson depriving
15. under color of law 12 years of plaintiff Makinka Tacuma Wade Mode
16. while he was in incarceration at S.F. County Jail by defendants. who
17. were S.F. Superior Court Judges. District Attorney. Attorney. S.F. Sheriffs
18. at time of incident

19.
20. ## II. Jurisdiction & Venue
21. 1. This is a civil rights action under 42 U.S.C. §1981. §1982. §1983. §1985 §
22. RICO ACT to redress deprivation under color of state law of rights, privileges
23. & immunities guaranteed by 1st. 2nd 3rd 4th. 5th 6th 7th 8th 9th.13th &14th Amendment
24. of U.S. Constitution & Federal Civil & Criminal Statutes. This court has jurisdiction
25. pursuant to 28 U.S.C. §1331 & §1343.

26.
2. Court has jurisdiction over plaintiff's action for declaratory
relief pursuant to 28. U.S.C. §2201 & Rule of 57 F.R.C.P.

1.
2.
3. UNITED STATES DISTRICT COURT
Northern District of California
San Francisco Division

4.
5. 3. Venue is proper in Northern District of California under 28. USC
6. §1391(b)(2) because a substantial part of events giving rise to claim occurred
7. C+. S.F. County Jail # 400 McAllister in Northern District of California
8.
9. III. Parties

10. 4. Plaintiff Malinka Tacuma Wade Moye is now extorted. Slaved Kidnapped
11. under false pretenses of incarceration, but at all times relevant to this
12. action in incarcerated under S.F. County Jail.
13.
14. 5. Defendant Ross Mirikarimi was at all times relevant Sheriff of S.F. County-
15. Responsible # is sued herein in in dividual capacity. Ross Mirikarimi was
16. responsible for supervising, disciplining & providing necessary training for
17. all sheriffs employed in S.F. County.
18.
19. 6. Defendant Deputy Leonardini is a Sheriff at SF County Jail & is sued
20. herein on his individual capacity.
21.
22. 7. Defendant Deputy Law is a Sheriff at SF County Jail & is sued herein
23. in his individual capacity.
24.
25. 8. Defendant Deputy Law is a Sheriff at S.F. County Jail & is sued herein
26. in his individual capacity

3.

2.

3.

4.

5. 9. Defendant Deputy New is a Sheriff at S.F. County Jail, previously sued, & is
6. sued herein in his individual capacity.

7.

8. 10. Defendant Deputy Savage is a Sheriff at S.F. County Jail & is sued herein in
9. his individual capacity.

10.

11. 11. Defendant Deputy Mclain is a Sheriff at S.F. County Jail & is sued herein in
12. his individual capacity.

13.

14. 12. Defendant Deputy McVeigh is a Sheriff at S.F. County Jail & is sued herein in
15. his individual capacity.

16.

17. 13. Defendant Captain Adams is a Sheriff at S.F. County Jail & is sued in
18. her individual capacity.

19. 14. Defendant _____ _____ _____ is a S.F. P.D officer & is sued in his
20. individual capacity.

21. 15. Defendant Leann Corrales is a S.F. P.D officer & is sued in her
22. individual capacity.

23.

24. 16. Defendant Deborah Hughes is a former civil Sheriff employee & is sued
25. in her individual capacity.

④

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

17. Defendant Linda Brewer Stockdale hn#75010 is an attorney & is sued herein her individual capacity.

18. Defendant Vince Edward Collins is a career criminal & is sued herein in his individual capacity.

19. Defendant Lydia Dianne Loca is a Federal Mediator of FCRS at of Oakland & is sued herein in hers individual capacity

20. Defendant Phillip Moscone is a Criminal Judge & is sued herein in his individual capacity

21. Defendant David Wilcox is an criminal attorney & is sued herein in his individual capacity

22. Defendant Steve Witworth is an attorney & is sued herein in his individual capacity

23. Defendant Floyd Andrew is an ex U.S. attorney & attorney & is sued herein in his individual capacity

24. Defendant Robert Holmes is a detective & sued herein in his in dividual capacity

UNITED STATES DISTRICT COURT
Northern District of California
San Francisco Division

25. Defendant Geraldo Sandoval is a Criminal Judge & is sued herein in his individual capacity.

26. Defendant Bruce Chan is a criminal judge & is sued herein in his individual capacity.

27. Defendant Garrett Wong is a Criminal judge & is sued herein in his individual capacity.

28. Defendant Lillian K. Sing is a criminal judge & is sued herein in her individual capacity

29. Defendant Sharon Woo is a District Attorney & is sued herein in her individual capacity

30. Defendant Nancy Tung is a District Attorney & is sued herein in her individual capacity.

31. Defendant Brian Bringardner is a District Attorney & is sued herein in his individual capacity.

32. Defendant James Collins is a criminal judge & is sued herein in his individual capacity.

UNITED STATES DISTRICT COURT
Northern District of California

San Francisco Division

33. Defendant Amy Watt is a Psychologist & is sued herein in her individual capacity

34. Defendant Ronald Levy is a psychologist & is sued herein in her individual capacity.

35. Defendant Jonathan French is a psychologist & is sued herein in his individual capacity

36. Defendant ~~Raymond Leigh~~ mayk levy is a ~~Psychologist~~ District attorney is sued herein in his individual capacity

37. Defendant Deputy Lewis is a S.F. Sheriff & is sued herein in his individual capacity

38. Defendants in paragraphs #5 - #38 are or were employers of SF Sheriff Department of SF. District attorney attorney. S.F.P.D. Judges. Investigators at all times relevant to this lawsuit & Psychologists are sued in their individual capacities

39. At all times mentioned herein, defendants, and each of them, were employees of City & County of San Francisco.

(7)

1. UNITED STATES DISTRICT COURT
2. Northern District of California
3. San Francisco Division
4.
5. ## IV. Intra-District Assignment
6.
7. 40. Events giving rise to this lawsuit took place in San Francisco County &
8. thus this case should be assigned to San Francisco Division of Northern District
9. of California pursuant to Rule 3-2(d) of Local Rules of Northern District of
10. California
11.
12. ## V. Factual Allegations
13.
14. 41. Plaintiff, while extorted, enslaved, kidnapped in & out of S.F. County Jail &
15. illegally transported to Napa State Hospital & back to S.F. County Jail then admitted
16. to S.F. G.H. trauma unit, suffered from severe hole in colon, abscess on
17. intestines caused by possible lack of nutrition or poisoning & unnecessary sufferage.
18. denying medical care, forcing plaintiff past statute of limitations. Double jeopardy & no legal
19. probable cause.
20.
21. 42. On April, 8 2014. Plaintiff. Kidnapped. Slaved then extorted again under false
22. pretenses of 2 counts of fraud. 2 counts of stalking & 8 counts of contempt of court.
23. 2009 plaintiff kidnapped, extorted & slaved forced through jury rigged
24. trial, not guilty #2406622. On like his previous extortion, slavement &
25. kidnapping 2nd incident involved Napa State Hospital & a 11/8/13 - 10/17/13
26. stay at S.F. G.H. trauma unit. Plaintiff nearly died
27.
28. 43. Plaintiff's rights secured by Constitution & laws of U.S. & other laws
29. were violated by defendant intentional kidnapping, extortion & slavery.
30. By defendants #5 - #38 paragraphs.  ⑧

1.
2.    UNITED STATES DISTRICT COURT
          Northern District of California
3.          San Francisco Division

4.   44. Defendant Ross Mirkarimi intentionally failed to enforce issue code: 27388 Real
5.   Estate Fraud Protection Trust Fund As Board of Supervisor & harassing plaintiff on steps of
6.   City Hall after plaintiff's speech. Defendant tells plaintiff "its all about Time!" Defendant
7.   with other Board of Supervisors. Enters 8-0'clock Harasses plaintiff in front of cell & laughs
8.   about plaintiffs attorney Floyd Andrews, violating State Bar Rules, goes to be & Penal
9.   Codes under false pretenses attorney. Running & tapping illegal legal & Ancillary services
10.  from 2007 & ongoing. 1, 2, 3, 4 year State prison term for each time Floyd Andrews
11.  unauthorized appearances $2,500. $15,000 fine. Defendant Ross Mirikarimi
12.  repeats extortion only this time plaintiff spit in his face & told defendant he
13.  is not a Slave.

14.
15.  44. Defendant Deputy Leonardini removes plaintiff from cell. Tells plaintiff
16.  to Post-10 for telephone hearing. Defendant Leonardini unaware of Federal Administrator
17.  Law Judge Horne. Plaintiff informs Federal Judge Horne of 39 months illegally extorted
18.  Kidnapped & slaved under false pretenses by Sheriffs, D.A, Judges, S.F. B.O & Other Defendants
19.  in this Action committing $979,000 & $290,000 bank breach & $1.2 million nearly scam. Federal
20.  Judge Horne reschedules telephone hearing. Defendant Leonardini removes plaintiff from
21.  cell to Post-10. Only this time Defendant Leonardini threatens plaintiff of
22.  plaintiff having no authority & defendant Deputy Leonardini obstructs Federal Judge
23.  telephone hearing then in front of plaintiff says "Phone doesn't work & calls
24.  Deputy Nino!".

25.
26.
27.

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

45. In 2004 Chinese S.F.P.D Alvin Lee, Chinese Fraud officer. Chinese Real Estate Agent Earl Chan Attempted to further extortion by not enforcing law & setting up 2010 $11.1 million fraudulent transfer of plaintiff's realty property 40-42 Parson & as arrest of Linda brown Stockdale previously fraud of illegal transfer of 1961 1963. 1965 Keyes Pl. S.F. CA 94115. In 2007. 2008 S.F. Sheriff Deputy Law, Defendant, furthers extortion as Sheriff Deputy. 2004 does some against plaintiff. In 2011 & ongoing Deputy Law Sheriff same chinese individual, former Fraud officer, relentlessly attempts to keep plaintiff from seeking federal justice against realty fraud. Bank fraud. Involving ED Jew & Leland Lee, ED Lee, David Chiu. Perris Herrera. John Avalos Carmen Chu. S.F.P.D, D.A. Sheriffs. Chinese defendants of this Action who are Judge, D.A. & Jeff Adachi moving to serve violating plaintiffs federally guaranteed constitutional rights & RICO Act, Federal criminal & federal civil statutes.

46. Defendant Deputy Law. Witnessed. Chinese Judge Marrett Wong. Extort, threaten, force, intimidate plaintiff then order court record sealed. Plaintiff testified under oath against ED LEE & other 2011 Mayoral candidates & 1, 2, 3, 4 Year state prison term for each time Chinese Judge Wong violated. Running & capping illegal legal & Ancillary services, illegal transports to Napa State Hospital, illegally keeping plaintiff well past statute of limitation 11-0811. Violating penal, gov codes & canon rules 16. All violations lead to judge & attorney Floyd Andrews with Chinese D.A. Gayle Leung present who is also a defendant. Defendant Deputy Law relentlessly harasses plaintiff over several months & as he escorts other Inmates violating federally provided guaranteed right to intimidate plaintiff from seeking justice

(10)

UNITED STATES DISTRICT COURT
Northern District of California
San Francisco Division

47. Defendant, Deputy New, previously found for damages for violating other S.F. County Jail inmates. Threatens plaintiff, saying "Suck my Dick" for receiving blank white paper to draw legal work. To attain paper defendant made plaintiff shoot a basketball. Defendant New, deputy, called plaintiff with Double Rock gangmember Carnell Green to fight plaintiff. Plaintiff refused & sayed he was suicidal to be removed from cell. Defendant, Deputy New, removed Gregory Lobisch from cell D-4 to be threatened by attorney Floyd Andrews for assisting plaintiff with federal suits. Defendant, Deputy New, removed plastic cup of plaintiff for co-workers went through plaintiff's legal work looking for information on $975,000 $250,000 $1.2 million realty scam by defendants of this action. Defendant, Deputy New, enforcer of violence or sex against inmates on 7th floor. Violation of plaintiff's guaranteed federally protected rights. Federal corruption was 3 years & ongoing

48. Defendant, Deputy Savage, S.F. Hells Angel member. Practices sodomy. Harasses plaintiff. Stated to Deputy Bonner that plaintiff is looking for a boyfriend after speaking with Defendant, Deputy New, as he transported plaintiff from D-block cell-16 2006 & ongoing defendants, deputy savage, sexually harasses, intimidates & threatens plaintiff. 2008 illegal transfer of 40-42 Parson St. Sheriff aided bank & realty fraud. 2011 & ongoing. Plaintiff. Extorted. Fraud. Kidnaped. Defendant, Deputy Savage, refuses to stop extorting & witnessed federal corruption of Chinese Judge Wong. & defendants of this action. Violation of federally protected guaranteed rights causing $475,000 $250,000 $1.2 million bank & realty scam

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

49. Defendant, Deputy McLain, 2006 harassed plaintiff at San Bruno County Jail. 2011 & ongoing defendant, Deputy McLain, attempts to cell Tony Phillips Oakland gang member with plaintiff. Tony Phillips stabbed plaintiff, slashed plaintiff's left ankle, Plaintiff taken to Emergency room. Defendant, Deputy McLain, removed plaintiff from D-Block cell #16. Defendant, Deputy McLain, took plaintiff to interview room & plaintiff read past court cases to attorney & defendant, Deputy McLain, requiring $2,500 & $15,000 fine. 1, 2, 3 & year State prison term defendant continues to further deprivation under color of law due to plaintiff's candidacy for Mayor & Defendant Co Workers $975,000 $250,000 $1.1 million unsuccessful bank & realty fraud against plaintiff from 2002 - 2014. Federal violations of U.S. Constitution, RICO Act.

50. Defendant, Deputy McVeigh, removed plaintiff from cell under violations of S.F. Sheriff Department. Placed plaintiff in rubber room then attempted to spread plaintiff's buttocks as defendant, Deputy McVeigh, on his knees, plaintiff kicked away defendant. Defendant, Deputy McVeigh, relative of Oklahoma Bomber Timothy McVeigh. Since 2011 on 6th Floor. White Asian convicts & white inmates ordered by defendant, Deputy McVeigh to intimidate plaintiff. Defendant, Deputy McVeigh, intimidate & harasses plaintiff during night by standing infront of his, plaintiff, cell breathing hard to awaken plaintiff. Defendant, Deputy McVeigh, attempted to harass plaintiff again as he showers & interferes with plaintiff's federal mail. Defendant, Deputy McVeigh, threatened plaintiff for reporting him to federal authorities. Federal corruption Sheriffs unsuccessfully defrauded plaintiff. Assumed they, Sheriffs, could take over plaintiff's residences. Yet bankloans & rent & sale to pay then extort, Slavetrend napp plaintiff now over 78 month way past Statute of limitations 11.09.11. with defendants of this action. RICO Act.

(12)

UNITED STATES DISTRICT COURT
Northern District of California
San Francisco Division

51. Defendant, Deputy in control Captain Adams. African American female on 7th Floor C.J.4 of Hall of Justice Defendant, Capt. Adams, refuses to file charges unto Investigation Sheriff Unit against attorney Floyd Andrews & other defendants of this action running & bagging illegal legal & ancillary services. Floyd Andrews has well over 100 victims under Capt. Adams. Capt. Adams knows & responsible for her deputies illegally violating plaintiff constitutional rights. Capt. Adams responsible for illegally keeping plaintiff & not transporting plaintiff to break interfering with telephone hearing with Federal jurisdiction. Interfering with plaintiff's federal mail 2011 & ongoing. Violation of Federally protected rights guaranteed under U.S. Constitution. Capt. Adams obstructs Federal Authorities & order CV-09-03092

52. Defendant, S.F.P.D officer Richard Corrica Lyons Also Attorney, violates plaintiff's federally protected constitutional rights. 746 43rd Ave S.F., CA 94131 (415) 291-7924. Extortion Title 18. §1951-§1968. Resides exactly 40 blocks from plaintiff's residences 40-42 Faxon St & 1961, 1963 1965. Hayes Pl. St., CA 94117. 2001 no charges against, defendant Linda Brown Stockdale. 2005. No charges against defendant Vince Edward Collins. 2006. No charges against Defendant by his brown Corrica. 2006-2014. False arrest of plaintiff. 4/26/11 False arrest, fabricates evidence Item 4/24/11 under defendant judge more than attempts to fabricate evidence & perjury then runs out of courtroom. Uses defendant, Inspector Kenna Loveless, to fabricate evidence & lie violating federally protected constitutional rights since 2002 & ongoing. Plaintiff refuses to be extorted from residence nor City Federal corruption Defendant, Corrica, aided Federally in aided Sgt. Furminger & other Richmond Station officers to unsuccessfully murder plaintiff by defendant Collins. $175,000 - $290,000 to $1. 1 million realty & bank fraud

UNITED STATES DISTRICT COURT
Northern District of Court
San Francisco District

1.
2.
3.
4.
5. 53. Defendant, chis pister, leanne Corrales, since 2002. Extorts plaintiff from resi denues
6. 1962. 1963. 1965 Hayes St & 40-42 Parson St. S.F., CA94117. 4/8/11. Fabricates charges,
7. 4/28/11 under Chinese Judge Bruce than. Testifies that she had not threatened
8. Next of Kin to deceased mun, Timothy Hurdle, Charles Hurdle. Telling Charles Hurdle
9. to stay away from property. Defendant, Corrales, fabril coles SF. P.D Chronological
10. report with defendant, by dia Fianne Srea, 2002 & ongoing deprivation under
11. Color of law. Defendant, Corrales, used white crown victory to stalk & haranss
12. plaintiff from seeking federal charges of defendants violation CV-09-03892.
13. US. Attorney ordered to file federal charges upon plaintiff seeking
14. federal charges against defendants. Federal corruption

15.
16. 54. Defendant, Deborah Hughes, former S.F. sheriff civil employee. Mother of
17. plaintiff. Biological Aunt of Ismail Wesley currently serving life. CV-1703756
18. F.B.I & Secret Service made contact in 2002. Defendant, Hughes, Aided led by
19. defendants of this Action Caused $975,000. $250,000 $1.2 million bank &
20. Malby fraud 2002-2014 & ongoing. Federal Mediator. Defendant, Brea, uses
21. Federal government to file federal prosecution. US attorney ordered to
22. file federal charges. Federal corruption. Violation of guaranteed protected
23. rights under US Constitution. Defendant, Hughes, Stoddale. Collins. Unvoiled
24. with homocide of Wesley. Aided extortion of Timothy Hurdle causing HYO cardid
25. infarction. No statute of limitations on homocide. Defendant attempted to of said
26. then illegally transfer 40-42 Parson St & 1961 1963 1965 Hayes St. assuming
27. plaintiff to be mentally disturbed then set plaintiff up using cards as mentally
28. incompetant & slow, kid napp & extort.   File federal charges against defendant

(14)

1.

UNITED STATES DISTRICT COURT

2.

Northern District of California

3.

San Francisco Division

4. 55.

5. Defendant, Linda Biewa Stockdale, attorney bar # 75090. Real estate fraud against plaintiff

6. 2002. I been there 2006. Brother, Navy rank lc with defendant Baca. Stock dale +

7. Baca & loughes & Collins conspire. $250,000 $175,000 Ht. 2 million realty Scam. 2002

8. defendant, Stockdale, illegally transfers 1961. 1963. 1965. Hayes lt- 55, CA 94118.

9. Defendant, Stockdale, 200th illegally transfers 40-42 Parson Rd then attempts to defeat

10. Jhonnie Mae Washington $636,000 default. attorney Michael Phelps (415) 433-3743.

11. Defendant, Stockdale. Baca. Collins, participates in a fabricated grandjury in district court

12. under D.A. ShamSecor, defendant in this action. RICO Act. Federal Civil option

13. Violation of specific federally protected guaranteed laws & U.S. Constitution

14. File Federal Charges

15. 56.

16. Defendant. Vince Ed Ward Collins. Brought to 400 Mc Allister court 2003. Under

17. Judge Kaplan. Duvar Timothy Hurtle present. Each Standsan Lon Deanna Duncan

18. W/ Judge Kaplan, Stated that Vince Edward Collins. Shall remain 50 Yards away from

19. plaintiff. Plaintiff by Timothy Hurtle present wanted on record. Vince Edward

Collins has no biological relations, no legal authority own 40-42 Parson St +

20-1961. 1963. 1965 Hayes St. nor Timothy Hurtle personal affairs. Vince Edward Collins

21. Assumed identity of biological grandson. Aided by defendants of this action removed

22. Timothy Hurtle to Louisiana & Mr. Hurtle died of heart attack. Defendant, Collins, 2006

23. attempted to murder plaintiff. Defendant, Collins, and Judge Maria J. Milla & D.A.

24. Amy Parker in criminal court to illegally arrest plaintiff then illegally restrain from

25. 40-42 Parson St. For defendant, Baca. To knowingly rob bank $175,000 then

26. knowingly attempt #1. 1 million realty scam with help of defendants of this action

27. Violating federally guaranteed protected specific rights under US Constitution &

28. law of America without prosecution 2002-2014 & ongoing RICO Act. Defendant

29. resides in LAS VEGAS, Nevada.          (15)    File Federal charges!

1.
2.
3. Matthew District of California
   San Francisco Division

4. 57.

5. Defendant _
6. Oakland, California TGTA Dodge Ram Truck with full knowledge Plaintiff's Federal Rights of
7. Robbing my house Financial Federal Rights Rapid damages Financial Federal
8. To work to follow Rio VA Used federal procurement to claim $775,000
9. $1.1 million noted Scan by Jaylay mills Chinese expert Rio Plaintiff's Federal
10. Bonnie Spindler First Fact #1761658, Plaintiff Rio FCC Amy Church Tehrani,
11. Transporting with the federal agent Temporary w/ this badge  that $40-49 Given it
12. under Federal nature of crime. Plaintiff procuring in a default with defendant.
13. Stockton, Boxes Illins, Fabricated evidence. Plaintiff with defendant. Temp
14. Ohio Bridge. Id notice in 7/18/11 Federal filing of 40-49 I know it's 5
15. trying to file federal charges. You will give hard really proper. And Hegel
16. two week note. OFTA VG at 1916  CV-01-03791, U.S. Exposing a death
17. to file a federal charge. Defendant, Rio, maintained. Ownership Finance
    is in possession CS#  7/29 Joint Trial. The federal charges
18.
19. 98.

    Defendant. Phillip Abstone. 8/21/13. Matter of 11 matter on expired
    During this reply. Charge in nominal to release Plaintiff to follow expedition
    action under CSR# 8076 Rio Dodge Copy CSR# 8076 Arctic long against defendant of the
    to work either for production of a warranty for me to give flow HR default Oneota
    defendant, Arizona. A default adding defendant Am sure. For being run in of
    letting shred Rio Aircraft my Chinese Note's Federal court of my state.
    reported to federal court of California. TBI, OS adding of Plaintiff shifter

1.
2. UNITED STATES DISTRICT COURT
Northern District of California
3.
San Francisco Division

4. 59.

5. Defendant, David Wilcox. Attorney 17 Via Diego San Clemente, CA 97675 (949) 218-6455

6. 2007. Unauthorize appearance as attorney attempting to send plaintiff to prison case #2X 4522

7. for attempted murder, great bodily harm. Plaintiff forced into PV no contest Plea. 2011.

8. Defendant, Merelia Sandoval & David Wilcox, set plaintiff up on fake charges.

9. Then, defendant Sandoval removes defendant Wilcox & furthers extortion, kidnapping,

10. slavery & appoints defendant, Steve Witworth. 2011, plaintiffs federally protected

11. guaranteed U.S. Constitutional rights violated causing 3½ months slavery. 4½ years

12. altogether under running & capping by defendant, David Wilcox. Defendant

13. stalked plaintiff since 2006 at Golds Gym & on streets. RICO Act.

14. Defendants criminal actions premeditated & intentional.

15.

16. 60.

17. Defendant Steve Witworth. 29 Boul Loran Place SF., CA 94103 Running & Capping

18. illegal legal & ancillary Services. Stalked plaintiff at Golds Gym & on Streets.

19. 2006 & ongoing. 4/12/11 appointed attorney by defendant Sandoval. Defendant

20. Witworth informed plaintiff, defendant Richard Hughes responsible. Defendant

21. Steve Witworth extorts plaintiff on condition of receiving settlement from

22. civil suits. Plaintiff refuses. Defendant Hong & defendant Witworth conspire to

23. further extortion, slavery & kidnapping. Violate statute of limitations, conspire to

24. force relocation upon plaintiff. Then kidnapp plaintiff then place him into

25. Napa State Hospital under false pretenses of mentally incompetent. Defendant

26. Witworth to stole plaintiffs legal skoors, will, trusts & other identification &

27. proof of plaintiffs illegally transfered red 1984 Chevy Corvette Lp. #4Z(W 429

28. RICO Act. File Federal charges. Defendant Witworth attempted to force plaintiff to sell

29. Property to be cleared from PV    for extortion

1.
UNITED STATES DISTRICT COURT
2. Northern District of California
3. San Francisco Division

4. 61.

5. Defendant. Attorney Floyd Andrews. 507 Polk ST. (415)567-4070 EX US alternay.

6. Ex 5 F. D.A. Unauthorized appearances hire W DF. Plaintiff Testified against

7. defendant Andrews under defendant Moscone. CSR# 8098 Morell Casey has

8. transferring to & request $740 0.00 or court order. 1, 2, 3, 4 year state prison term

9. against Floyd Andrews, defendant for each person defendant illegally

10. represents. Defendant, Andrews, the realized plaintiff that his grandmother

11. indeed & that there no legal standing for ownership of property. Defendant

12. intentionally violates plaintiffs federally protected rights under US Constitution,

13. Federal criminal & federal civil statutes. RICO Act. File Federal charges +

14. ordered under CW-09-03892 WHA. Defendant, stalk harasses violating plaintiff

15. by Title 18. 31751-91760. Attended UF 2 blocks away from plaintiffs residence.

16. Defendant is determined & can position wattingly to lead African Americans to

17. jail illegally defendant Andrews, Ting, Leong, Wong, Chan & Moscone & Ut worth

18. conspired in presence of plaintiff. Defendant Andrews attempted to let plaintiff

19. go under false pretenses of behavior al Health court & probation. Now defendant

20. attempts to kidnap plaintiff again & send him to Napa State hospital for testifying

21. & seeking federal charges against defendants of this action. Statute of limitation expired
11-08-4

22.

23. 62.

24. Defendants. Selective bitness before, Accessory to defendant Floyd Andrews

25. defendant White/blacks, tricked plaintiff. Took social security number & forced

26. plaintiff to sign documents under belief of him going home. Statute of limitation

27. expired 11-08-4

28.

(18)

1. UNITED STATES DISTRICT COURT
2. Northern District of California
3. San Francisco Division
4. 63.
5. Defendant. Deralto Swisord. Stalled plaintiff. Took Menu & Mission Violates.
6. Plaintiff under Real Estate FRAUD PROTECTION Trust Fund Bar code: 27848 AS
7. Board of Supervisor. On 4/2/14 Furthered Extortion. inside no on Street & inside
8. told plaintiff that theres nothing he can do. Stalked plaintiff 2011 down
9. 10th M & Mission plaintiff refused to communicate. Defendant removed
10. defendant DAvid Wilcox. then furthered extortion, slavery, kidnapping &
11. running & rapping illegal legal & Ancillary Services by appointing attorney
12. Steve Whitworth then transfers case to defendant Names Collins & defendant
13. Lillian K Sing who fabricated trial, 2007 # 2406626. Plaintiffs guaranteed
14. protected federal US constitutional rights deprived under color of law
15.
16. 64.
17. Defendant. Ba vce Char intentionally violated plaintiff using defendant Nancy Tinger
18. defendant Deputy Savage & Defendant Steve Whitworth. 11-08-11 Statute of limitations
19. expired. Federal Magistrate Hamilton CV 13-5624 JSH. CV-13-5405 JSH Waived
20. exculpatory evidence. Defendant. Closed courtroom. Defendant Clew. Defendant Andrews
21. Defendant Ceung present & CSR whom identity not known other than African American
22. Female defendant. Wong. Threatens plaintiff for running for Mayor of SF.
23. Plaintiff testifys that federally protected rights violated by Candidates for Mayor
24. of SF 2011 & that he shall recall EDTEE. Chinese Judge Wong, defendant, threaten
25. plaintiff. Defendant Deputy Lew removes plaintiff & is a material witness.
26. Plaintiff Slaved. extorted & kidnapped by Chinese, Mexican & Caucasian Judges D.A.
27. SFP.D to stop the plaintiff's federal guaranteed constitutionally protected right
28. to run for Mayor of SF, [ 1st censorship & harassment continues.

UNITED STATES DISTRICT COURT
Northern District of California
San Francisco Division

65.
Defendant. Lillian K. Sing. 2009. Fabricated criminal trial with defendant Cty Cia Dianne Bick. #2406626. Defendant Gayle Leung, District Attorney. 2011. Defendant Sing again causes federal corruption. Defendant Nancy Tung & Defendant Steve Witworth present. Defendant Sing. Defendant Tung. Defendant Witworth. Transfer case to defendant Wong violating plaintiffs guaranteed federally protected rights raising speculative lead causing intentional RICO Act to dynamite Stop 2011 S.F. Mayoral Candidate extorted, slaved & kidnapped over 38 month inside County Jail. Defendant acts were premeditated & wanton.

66. Defendant. Sharon Bacon, district attorney, for thread $175,000 $250,000 bank fraud. $1.2 million realty scam. To cover up federal corruption. Defendant Bacon was [illegible] D.A. Nancy Tung, defendant Stockdale. Collins & Baca to set up a fake grand jury indictments. File federal charges. 7/7/11 Dept #22 400 McAllister. Defendants listed in paragraph #66 use [illegible] Court house for RICO ACT violating plaintiff federally protected U.S. Constitutional rights sufficiently requiring federal indictment of defendants of this action

67. Defendant. Nancy Tung. D.A. Fabricated evidence under defendant Chan. Used defendants Gonzales, Correa & Baca & Witworth to extort, slave & kidnapp plaintiff. For thread extortion, slavery & kidnapping 2012 under defendant Wong with defendant Andrews after defendant kidnapped & placed into Napa State Hospital then under fake pretence of mentally incompetent, competent, kidnapped & placed back in to County Jail. Defendant Tung violated plaintiff again under defendant Collins, [illegible]

2.

3.

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

4. 68. Defendant. Brian Brumgardner, District attorney. Harassed & made un authorized

5. appearance 2009. Fake allegations, murder charges, great bodily injury dropped to, no contest

6. Domestic violences. Used plaintiffs mother of child, Alarm Operator in Donna Rumm franc

7. to fabricate charges. Plaintiff refused to Sale 4042 Parson St. SF, CA 94118.

8. 2011. Defendant further RICO Act Extortion. Slavery FKI trapping with Defendant

9. James Collins. Defendants Steve Witworth. Defendant Nancy Teng Past Statute of limitations

10. Lt OS'11 violating plaintiffs guaranteed federally protected rights CSR has

11. transcripts

12.

13. 69. Defendant. James Collins, Dir. Violates plaintiff 2013. Refuses to dismiss care.

14. Statutes of Limitations expired 11-08-11. Defendants Teng & Brumgardner & Andrews

15. further extortion. Slavery Kidnapping to cover up $250,000.00 bank

16. Robbery & Stl. 1 million realty scam in addition to running & trapping illegal legal f

17. Ancillary services to create undue hardship & make plaintiff pay money. Violation

18. of plaintiffs federally protected guaranteed constitutional Rights to keep 2011

19. S.F. Mayoral Candidate running from federal authorities.

20.

70. Defendant Amy Watt PhD. Chinese Psychologist set up by defendant Wong to

libel & slander plaintiff mentally incompetent. Plaintiff showed federal suit

under CV-13-1146 EMC. Plaintiff told defendant Watt property not for sale

defendant Watt attempted to try to persuade plaintiff to sale & move into new

house. Plaintiff called Deputy Moore to remove defendant Watt. Defendant Watt

refused to write rental evaluation citing she can't find or state opinion

court order shall produce document defendant Wong rescheduled 2nd interview to

violate plaintiffs guaranteed constitution (21) federally protected rights of $500.00 for

1.
2.
3.

UNITED STATES DISTRICT COURT
Northern District of California
San Francisco Division

4.
5. 71. Defendant. Donald Levy, Psychologist; Forensic. 2014 attempted to
6. fabricate false mentally incompetent report for Chinese defendant Sing &
7. defendant Hayle Leung Chinese. 2014. Defendant Levy attempts to
8. fabricate false mentally incompetent report for defendant Leung & defendant
9. Andrews. Violation of Plaintiffs federally protected constitutional rights.
10.
11. 72. Defendant Jonathan French, Psychologist; Forensic 2014. Threaten Plaintiff
12. of Sodomy, threatens plaintiff "and elders are dead. Plaintiff called
13. Deputy Timpano to have defendant French removed. Plaintiff. Against.
14. Homosexuals & Lesbianism. Violation of Plaintiffs guaranteed constitutional
15. right & laws of America & statute of limitation. It 08-11
16.
17. 73. Defendant. Hayle Leung. District Attorney. 2009. Fabricated false trial
18. with defendant Sing 2011 & ongoing fabricates evidence & extorts Plaintiff Statute of
19. limitations with defendants of this action
20.
21. 74. Defendant. Deputy Lewis. Sheriff. Worked inside City Hall. Mother knew Ochscraft
22. Hughes, defendant mother lives inside Alice Arthing Housing Project. Mt Plaintiff
23. 74 to methyfraud when in fact, defendant Lewis doing realty fraud with Sheriff &
24. Reverend Arthur Walter already caught for realty fraud. Plaintiffs child's mother
25. La Donna Rene Duncan Neighbor of Defendant Lewis's mother.
26.
27.
28.

22

1.
2. UNITED STATES DISTRICT COURT
   Northern District of California
3. San Francisco Division
4.
5.         III Causes of Action
6.
7.         FIRST CAUSE OF ACTION
8.      (42 USC §1981, §1981, §1982, §1985 §1986)
9.              Moje vs. Leung Et al
10.
11. 75. Allegations contained in paragraphs #1 through #74, inclusive, are hereby
12. incorporated by reference.
13.
14. 76. Defendants RICO ACT by defendants listed in paragraph # 5-#74 violate plaintiff's
15. rights to be free from cruel & unusual punishment guaranteed to plaintiff by 1st, 2nd.
16. 3rd, 4th, 5th, 6th, 7th, 9th, 13th, 14th Amendment of U.S. Constitution by defendant's actions of
17. RICO Act. Title 18 §1951-§1968 of intimidation, abuse, harassment, extortion, kidnapping
18. Slavery & other violations of law against plaintiff. Rights secured by
19. Constitution & laws of United States. Violated by defendant listed in paragraphs # 5 - #75
20.
21. 77. Defendants listed in paragraph #5-#74 violated plaintiff's rights to be free from
22. Cruel & unusual punishment guaranteed to plaintiff by 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th.
23. 9th, 13th, 14th Amendment of U.S. Constitution by defendants wanton failure to adequately
24. uphold laws & supervise subordinates of alleged violations committed by
25. persons acting under color of law 2002 - 2014. Ongoing State of limitation
26. 11-0814. Doctor keeping, Slavery, kidnapping, Extortion
27.
28.

                    24

I.

2.

3.

4.

5. 78. Defendants listed in paragraphs #5-#74 wrongful action alleged

6. herein are in violation of order CV-09-0389 WHA. Title 18. §1951-§1968.

7. RICO Act. Title 41. USC §198. §1982. §1983 §1985. §1986. because

8. they've deprived J.F. 2011 Mayoral candidate, plaintiff. Rights,

9. Benefits, & privileges reveived by United States Constitution. Plaintiff's fair

10. notice to defendant listed in paragraph #5-#74 of what claim is &

11. grounds upon which it rests given.

12.

13. 79. Defendants listed in paragraph#5-#74 of factual allegations to

14. & for relief above speculative level raw rights violated by defendants

15. actions under color of law. Slavery. Extortion. Kidnapping. Bank fraud.

16. Really fraud. Organized crime

17.

18. 80. Factual allegations allowing court to draw reasonable inference

19. that defendants listed in paragraph #5-#74 liable for misconduct alleged

20. State defendants knew or should have known that conduct attitudes &

21. actions created an unreasonable risk of serious harm to plaintiff. 11/8/13-

22. 11/17/13. Plaintiff in trauma Unit. Hole in eye. Infection with strep Trve otonescopy

23. obstructed by defendant. Plaintiff remains in severe pain. Past Statute of Limitations

24. by defendants federal corruption. Sufficient allegations of underlying facts

25. to give fair notice & to enable defendants to defend itself effectively

26. given by summons & complaint, little of Admission & Interrogatory ency.

27.

28.

29.

30.

(25)

1.
2.
3.
4.
5. 8. Factual allegations suggest entitlement to relief, fair to
6. require defendants to be subjected to expense of discovery & continued
7. litigation. Complaint clearly states defendants listed in paragraphs
8. #5-#74 sued, sued for what relief & on what theory with enough
9. detail to guide discovery. Actions & conduct of defendant listed in
10. paragraphs #5-#74 demonstrate deliberate indifference to plaintiff's
11. 1st 2nd 3rd 4th 5th 6th 7th 8th 1st 13th 14th Amendment rights.
12.
13. 82. As approximate result of defendants listed in paragraphs #5-#74
14. of plaintiff's right to be free from cruel & unusual punishment while he
15. was extradited/kidnapped then forced into S.F. County jail - kidnapped
16. then forced into Napa State Hospital. Again taken from Napa State Hospital,
17. forced into S.F. County jail. Even after 1st Fake trial, 2005. defendants violate.
18. Plaintiff suffered, is suffering and will continue to suffer inoperable harm.
19. defendant's delay, color conspiracy & extort from residence over 17 years.
20.
21. 83. Sufficient underlying facts to give fair notice to defendants of claims
22. for specific federal rights violated were direct & foreseeable result. Defendant
23. listed in paragraphs #5-#74 violated 1st 2nd 3rd 4th 5th 6th 7th 9th 1st 13th 14th
24. Amendments, plaintiff has suffered, is suffering & will continue to suffer physical
25. injuries in form of damage to colon, intestines, nerve damage to head & eyes
26. permanent & other injuries.
27.
28.
29.

1.
2. Northern District of California
3. San Francisco Division
4.

5  84. As a direct & foreseeable result of defendants listed in
6  paragraphs #5-#74 violation of 1st 2nd 3rd 4th 5th 6th 7th 8th 9th 14th Amend
7  Amendments plaintiff has suffered, is suffering & will continue to suffer
8  injuries in form of pain & suffering shame, humiliation, degradation,
9  emotional distress, embarrassment, mental distress & other injuries.
10

11. 85. An actual controversy exists between plaintiff & defendants
12  listed in paragraphs #5-#74 concerning their rights, privileges &
13  obligations. Plaintiff believes not in favor of Homosexuality & lesbianism.
14  Against plaintiffs religious belief & guaranteed federally protected
15  U.S. Constitutional rights & laws of America
16

17. 86. Defendants listed in paragraphs #5-#74 acts were willful,
18  intentional, malicious, wanton & despicable in conscious disregard
19  of plaintiff's rights, entitling plaintiff to an award of exemplary,
20. vindicative, meditative, punitive & treble damages
21.

22.

23.

24.

25.

26.

27.

28.

29.

(27)

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.

Northern District of California

San Francisco Division

<u>Prayer For Relief</u>

87. Wherefore, plaintiff respectfully prays for relief as follows:

1. Order U.S. Attorney to indict defendant- issue a declaratory judgment defendants actions complained of herein violate plaintiff's rights under U.S. Constitution- see order 01-09-03882.

2. Award plaintiff monetary damages, compensatory & punitive, in an amount to be determined at trial.

3. Award plaintiff costs of suit & reasonable attorney fee's; and docket pay & relief of job of defendant

4. Grant plaintiff such other & further relief as court deems just & proper

Dated: June 6, 2014

Respectfully Submitted

Malika Tacuma Wade Mof

Founder of TBF S.F. Reg #504
Founder of T.B.S.C I.C. #1250772
Home owner. Businessowner & father not law out of San Francisco for beliefs Against Homosexuality & Christianism!